IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AARON SCHEIDIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:12-cv-11842 |
| v. ) | Hon. Patrick J. Duggan |
| ) | |
| USA TRIATHLON; ) | |
| INTERNATIONAL TRIATHLON UNION; ) | |
| and 3-D RACING LLC, a Michigan Limited ) | |
| Liability Company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THE SAM BERNSTEIN LAW FIRM
Richard H. Bernstein (P58551)
31731 Northwestern Hwy Ste. 333
Farmington Hills, MI 48334
Phone: (248) 737-8400
Email: rbernstein@sambernstein.com
*Attorneys for Plaintiff*

BRYAN CAVE LLP
Ryan O. Lawlor (P64693)
Steven B. Smith
90 South Cascade Ave Ste. 1300
Colorado Springs, CO 80903
Phone: (719) 473-3800
Email: steve.smith@bryancave.com

DICKINSON WRIGHT
Michelle L. Alamo (P60684)
500 Woodward Ave Ste. 4000
Detroit, MI 48226
Phone: (313) 223-3875
Email: malamo@dickinsonwright.com
*Attorneys for Defendants*

**JOINT STIPULATION SETTING ASIDE ENTRY OF DEFAULTS
AND STAYING CASE**

1

Plaintiff Aaron Scheidies and Defendants USA Triathlon (hereafter "USAT"), the International Triathlon Union (hereafter "ITU") and 3-D Racing LLC (hereafter "3-D Racing") have agreed to a stay of proceedings in the above-captioned matter, effective from this date until January 21, 2013. The above-mentioned parties have agreed to the following: (1) From this date until January 21, 2013, Defendant USAT will not enforce its "blackout goggle" requirement in any race organized, operated, and/or sanctioned by USAT in the United States; (2) The parties will meet prior to January 21, 2013 and attempt to reach a final resolution of the above-captioned matter; and (3) In the event that a final resolution is not reached by January 21, 2013 and the stay is lifted, the parties mutually agree to set due dates for responsive pleadings and dispositive motions.

Dated: November 30, 2012                                    Respectfully Submitted,

                                            *s/ Richard H. Bernstein*
                             Richard H. Bernstein (P58551)
                                       SAM BERNSTEIN LAW FIRM
                                       31731 Northwestern Hwy Ste. 333
                                       Farmington Hills, MI  48334
                                       Phone: (248) 737-8400
                                       Email: rbernstein@sambernstein.com
                                       *Attorneys for Plaintiff*

                                       *s/ Steven B. Smith*
                                       Ryan O. Lawlor (P64693)
                                       Steven B. Smith
                                       BRYAN CAVE LLP
                                       90 South Cascade Ave Ste. 1300
                                       Colorado Springs, CO 80903
                                       Phone: (719) 473-3800
                                       Email: steve.smith@bryancave.com

                                       *s/ Michelle L. Alamo*
                                       Michelle L. Alamo (P60684)
                                       DICKINSON WRIGHT
                                       500 Woodward Ave Ste. 4000
                                       Detroit, MI 48226
                                       Phone: (313) 223-3875
                                       Email: malamo@dickinsonwright.com
                                       *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AARON SCHEIDIES,   )<br>         Plaintiff,   )<br>               )<br>     v.     )<br>               )<br>USA TRIATHLON;   )<br>NTERNATIONAL TRIATHLON UNION;   )<br>and 3-D RACING LLC, a Michigan Limited   )<br>Liability Company,   )<br>         Defendants.   )<br>               )<br>_____/ | Case No. 2:12-cv-11842<br>Hon. Patrick J. Duggan |

**STIPULATED ORDER SETTING ASIDE ENTRY OF DEFAULTS AND STAYING CASE**

Pursuant to the agreement of the parties, the Court hereby ORDERS that these proceedings are STAYED until January 21, 2013. During that time, Defendant USA Triathlon (hereafter "USAT") will not enforce its "blackout goggle" requirement in any race organized, operated, and/or sanctioned by USAT in the United States. The parties will meet prior to January 21, 2013 and attempt to reach a final resolution of the above-captioned matter. Should a final resolution not be reached by January 21, 2013, the stay shall be lifted, and the parties will mutually agree to set due dates for responsive pleadings and dispositive motions.

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: December 6, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, December 06, 2012, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager