IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AARON SCHEIDIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:12-cv-1 1842 |
| v. ) | Hon. Patrick J. Duggan |
| ) | |
| USA TRIATHLON; ) | |
| INTERNATIONALTRIATHLON UNION; ) | |
| and 3-D RACING LLC, a Michigan Limited ) | |
| Liability Company, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____/ | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO A SETTLEMENT AGREEMENT**

This matter having come before the Court on the stipulation of Plaintiff Aaron Scheidies and Defendants USA Triathlon (hereafter "USAT") and 3-D Racing LLC (hereafter "3-D Racing"), following a settlement reached between the Plaintiff and all Defendants, and the Court having been otherwise informed in the premise therefore:

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** and without attorney's fees or costs to either party pursuant to the terms of a settlement agreement between the Plaintiff and the Defendants.  This order closes this matter in its entirety.

**IT IS SO ORDERED.**

                                     s/Patrick J. Duggan
                                     Patrick J. Duggan
                                     United States District Judge

Dated: February 23, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 23, 2015, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

Stipulated as to form and entry:

    /s/ Jason M. Turkish_____
    NYMAN TURKISH PC
    Jason M. Turkish, Esq. (P76310)
    20700 Civic Center Drive, Ste. 115
    Southfield, Michigan 48076
    Phone: 855.527.6668
    Email: jason.turkish@nymanturkish.com
    *Attorneys for Plaintiff*

    /s/ Steven B. Smith (with permission)
    BRYAN CAVE LLP
    Ryan O. Lawlor
    Steven B. Smith
    90 South Cascade Ave Ste. 1300
    Colorado Springs, CO 80903
    Phone: (719) 473-3800
    Email: steve.smith@bryancave.com

    /s/ Michelle L. Alamo (with permission)
    DICKINSON WRIGHT
    Michelle L. Alamo (P60684)
    500 Woodward Ave Ste. 4000
    Detroit, MI 48226
    Phone: (313) 223-3875
    Email: malamo@dickinsonwright.com
    *Attorneys for Defendants*